# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| KIMBERLY WHITLEY-YEATTS, as parent and guardian ad litem of minor C.Y., individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RADIOLOGY ASSOCIATES OF RICHMOND, INC.<br><br>Defendant. | **CASE NO: 3:25-cv-00518-DJN**<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |
| JESSICA BALL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RADIOLOGY ASSOCIATES OF RICHMOND, INC.<br><br>Defendant. | **CASE NO: 3:25-cv-00519-RCY**<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |
| JANE DOE, on behalf of herself and her minor child J.C. and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RADIOLOGY ASSOCIATES OF RICHMOND, INC.<br><br>Defendant. | **CASE NO: 3:25-cv-00523-HEH**<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFFS' MOTION TO
## CONSOLIDATE THE RELATED ACTIONS AND TO
## APPOINT INTERIM CO-LEAD CLASS COUNSEL

Pursuant to Fed. R. Civ. P. 42, Plaintiffs Kimberly Whitley-Yeatts, Jessica Ball and Jane Doe (collectively "Plaintiffs"), in their individual capacity and on behalf of all others similarly situated they seek to represent in their respective actions, respectfully move this Court to Consolidate the three (3) class actions captioned *Whitley-Yeatts v. Radiology Associates of Richmond, Inc.*, No. 3:25-cv-518-DJN, *Ball v. Radiology Associates of Richmond, Inc.*, No. 3:25-cv-00519-RCY, *Doe v. Radiology Associates of Richmond, Inc.*, No. 3:25-cv-00523-HEH into the first filed action, No. 3:25-cv-518-DJN (the "Consolidated Action") captioned *In re Radiology Associates of Richmond Data Breach Litigation*.

Plaintiffs further move the Court pursuant to Fed. R. Civ. P. 23(g), to appoint Laura Van Note of Cole & Van Note ("Cole & Van Note") Leanna A. Loginov of Shamis & Gentile, P.A. ("Shamis & Gentile") and Raina Borrelli of Strauss Borrelli PLLC ("Strauss Borrelli") as Interim Co-Lead Class Counsel to act on behalf of the Plaintiffs and the class members in the Consolidated Action. This Joint Motion has the unanimous support of Plaintiffs and their respective Counsel from the Related Actions. The grounds for Plaintiffs' Joint Motion to Consolidated and to Appoint Interim Co-Lead Class Counsel are set forth in the accompanying Memorandum or Law in Support of their Motion.

Dated: July 10, 2025                    Respectfully submitted,

                            By:     */s/ Steven T. Webster*
                                     Steven T. Webster (VSB No. 31975)
                                     **WEBSTER BOOK LLP**
                                     2300 Wilson Blvd, Suite 728
                                     Arlington, VA 22201
                                     Telephone:     (888) 987-9991
                                     Email: stw@websterbook.com

Laura Van Note, Esq. (CA S.B. #310160)*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone:   (510) 891-9800
Facsimile:    (510) 891-7030
Email: lvn@colevannote.com

Leanna Loginov, Esq. *
**SHAMIS & GENTILE, P.A.**
14 NE First Avenue, Suite 705
Miami, Florida 33132
Tel: (305) 479-2299
lloginov@shamisgentile.com

Raina C. Borrelli, Esq.*
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Tel: (872) 263-1100
raina@straussborrelli.com

*Attorneys for Representative Plaintiffs and the Plaintiff Class*

*Pro hac vice pending*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 10, 2025, a true and correct copy of the foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record and will be served on July 11, 2025, by first class mail on Defendant.

*/s/ Steven T. Webster*
Steven T. Webster (VSB No. 31975)
Webster Book LLP