IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

KIMBERLY WHITLEY-YEATTS, *as parent and guardian ad litem of minor C.Y., individually and on behalf of all others similarly situated*,
    Plaintiff,

v.                                                                                                      Civil No. 3:25cv518 (DJN)

RADIOLOGY ASSOCIATES OF
RICHMOND, INC.,
    Defendant.


JESSICA BALL, *individually and on behalf of all others similarly situated*,
    Plaintiff,

v.                                                                                                           Civil No. 3:25cv519 (DJN)

RADIOLOGY ASSOCIATES OF
RICHMOND, INC.,
    Defendant.


JANE DOE, *on behalf of herself and her minor child J.C. and all others similarly situated*,
    Plaintiff,

v.                                                                                                           Civil No. 3:25cv523 (DJN)

RADIOLOGY ASSOCIATES OF
RICHMOND, INC.,
    Defendant.

## ORDER
**(Directing Position on Consolidation of Additional Cases)**

This matter comes before the Court on Plaintiffs' Motion to Consolidate the Related Actions and to Appoint Interim Co-Lead Class Counsel. (Case No. 3:25cv518, ECF No. 6

("Motion").) In the Motion, Plaintiffs move the Court to consolidate the three above-listed class actions under Case No. 3:25cv518 and appoint interim co-lead class counsel. (*Id.* at 2.) The Court takes note that it has subsequently received three additional class action cases that appear to be substantially related to, and involve similar counsel as, the three actions seeking consolidation. *See Camire v. Radiology Associates of Richmond, Inc.*, No. 3:25cv528; *Dobrovic, et al. v. Radiology Associates of Richmond, Inc.*, No. 3:25cv529; *Marple v. Radiology Associates of Richmond, Inc.*, No. 3:25cv556.

Accordingly, the Court hereby DIRECTS Plaintiffs in the above-captioned cases to file a position, within seven (7) days of this Order, on whether these three additional class actions (Nos. 3:25cv528, 3:25cv529, 3:25cv556) should be included in the Court's consideration of consolidation. If Plaintiffs answer in the affirmative, then the Court further DIRECTS Plaintiffs, within seven (7) days of the filing of their position on consolidation, to file an amended Motion for Consolidation that includes all related class actions to be considered for consolidation. Because the parties filed the instant Motion under Case No. 3:25cv518, Plaintiffs' position and any amended Motion shall also be filed under Case No. 3:25cv518. Any deadlines pertaining to Defendant's filing of a responsive pleading in these related cases are hereby STAYED pending the Court's assessment of consolidation.

The Clerk is directed to send a copy of this Order to all counsel of record and to file this Order in each of the related actions.

It is so ORDERED.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Date: July 18, 2025

2