IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

KIMBERLY WHITLEY-YEATTS, *as parent
and guardian ad litem of minor C.Y., individually
and on behalf of all others similarly situated*,
    Plaintiff,

v.                                                                                                            Civil No. 3:25cv518 (DJN)

RADIOLOGY ASSOCIATES OF
RICHMOND, INC.,
    Defendant.

JESSICA BALL, *individually and on behalf
of all others similarly situated*,
    Plaintiff,

v.                                                                                                            Civil No. 3:25cv519 (DJN)

RADIOLOGY ASSOCIATES OF
RICHMOND, INC.,
    Defendant.

JANE DOE, *on behalf of herself and her minor
child J.C. and all others similarly situated*,
    Plaintiff,

v.                                                                                                            Civil No. 3:25cv523 (DJN)

RADIOLOGY ASSOCIATES OF
RICHMOND, INC.,
    Defendant.

ROBERT CAMIRE, *individually and on behalf of all others similarly situated*,
    Plaintiff,

v.

Civil No. 3:25cv528 (DJN)

RADIOLOGY ASSOCIATES OF RICHMOND, INC.,
    Defendant.

---

KRISTINA DOBROVIC, *et al.*, *individually and on behalf of all others similarly situated*,
    Plaintiffs,

v.

Civil No. 3:25cv529 (DJN)

RADIOLOGY ASSOCIATES OF RICHMOND, INC.,
    Defendant.

---

LEIGH MARPLE, *individually and on behalf of all others similarly situated*,
    Plaintiff,

v.

Civil No. 3:25cv556 (DJN)

RADIOLOGY ASSOCIATES OF RICHMOND, INC.,
    Defendant.

---

OSCAR W. DARGAN, *individually and on behalf of all others similarly situated*,
    Plaintiff,

v.

Civil No. 3:25cv570 (DJN)

RADIOLOGY ASSOCIATES OF RICHMOND, INC.,
    Defendant.

RAJ PRESAD, *on behalf of himself and all others similarly situated*,
    Plaintiff,

v.                                                                                     Civil No. 3:25cv576 (DJN)

RADIOLOGY ASSOCIATES OF
RICHMOND, INC.,
    Defendant.

LISA CABONILAS, *individually and on behalf of all others similarly situated*,
    Plaintiff,

v.                                                                                      Civil No. 3:25cv585 (DJN)

RADIOLOGY ASSOCIATES OF
RICHMOND, INC.,
    Defendant.

## <u>ORDER</u>
### (Amending Order Granting Motion to Consolidate)

This matter comes before the Court on its own initiative following its issuance of an Order (ECF No. 15 (the "Consolidation Order")) granting Plaintiffs' Amended Motion to Consolidate the Related Actions (Case No. 3:25cv518, ECF No. 12). For case management purposes, the Court hereby AMENDS Paragraph 2 of the Consolidation Order, replacing it with the following language:

    2.    Case Nos. 3:25cv519, 3:25cv523, 3:25cv528, 3:25cv529, 3:25cv556, 3:25cv570, 3:25cv576 and 3:25cv585 shall remain open and all documents already docketed in those Related Actions shall remain filed under their respective case numbers. However, any document previously docketed in a Related Action shall be considered part of the Consolidated Action's record. To the extent that any party must refer to a document filed in a Related Action, the party shall cite to the appropriate case number and ECF number (*e.g.*, 3:25cv519, ECF No. 1).

As stated in the Consolidation Order, moving forward, all documents in the Consolidated Action shall be filed under the lead case number, 3:25cv518, utilizing the captioning procedures discussed in the Consolidation Order. The amendment outlined in this Order shall not be construed to alter or amend any other aspect of the Consolidation Order.

The Clerk is directed to send a copy of this Order to all counsel of record and to file this Order in each of the Related Actions.

It is so ORDERED.

/s/
David J. Novak
United States District Judge

Alexandria, Virginia
Date: August 6, 2025