IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(E) AND LOCAL CRIMINAL RULE 57.4(E)

In Case Number 3:25cv518-DJN, Case Name In re Radiology Assoc. of Richmond Data Breach Litig.
Party Represented by Applicant: Plaintiff Lisa Cabonilas

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Melissa Ann Fortunato
Bar Identification Number 5205968   State New York
Firm Name Bragar Eagel & Squire, P.C.
Firm Phone # (212) 308-5858   Direct Dial # (212) 308-1869   FAX # (212) 214-0506
E-Mail Address fortunato@bespc.com
Office Mailing Address 810 Seventh Avenue, Suite 620, New York, NY 10019

Name(s) of federal district court(s) in which I have been admitted See Attachment

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☒ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature) Elizabeth Tripodi   (Date) 8/7/25
(Typed or Printed Name) Elizabeth Tripodi   (VA Bar Number) 73483

Court Use Only:

Clerk's Fee Paid ☒ or Exemption Granted ☐

The motion for admission is GRANTED ☒ or DENIED ☐

/s/
David J. Novak
(Judge's Signature) United States District Judge   (Date) August 18, 2025