# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(E) AND LOCAL CRIMINAL RULE 57.4(E)

In Case Number 3:25-cv-00518_____, Case Name _In Re Radiology Associates of Richmond Data Breach Litigation_

Party Represented by Applicant: __KRISTINA DOBROVIC and JAM DEJONG__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

## PERSONAL STATEMENT

FULL NAME (no initials, please) _Leigh Skye Montgomery_

Bar Identification Number _24052214_____ State _Texas_

Firm Name _EKSM, LLP_

Firm Phone # _(888) 350-3931_____ Direct Dial # _(713) 554-0092_____ FAX # _(888) 276-3455_

E-Mail Address _Service@eksm.com_

Office **Mailing** Address _4200 Montrose Boulevard, Suite 200, Houston, Texas 77006_

Name(s) of federal district court(s) in which I have been admitted _See Exhibit A_

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☒ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_Leigh S. Montgomery_
Leigh S. Montgomery (Aug 14, 2025 13:01:47 CDT)
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____          8/18/25
(Signature)                              (Date)
Seth R. Carroll                          74745
(Typed or Printed Name)                  (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☐ *or* Exemption Granted ☐

The motion for admission is GRANTED ☑ *or* DENIED ☐

/s/
David J. Novak
United States District Judge
(Judge's Signature)

August 19, 2025
(Date)

/s/
David J. Novel
United States District Judge

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

August 18, 2025

Re: Leigh Skye Montgomery, State Bar Number 24052214

To Whom It May Concern:

This is to certify that Leigh Skye Montgomery was licensed to practice law in Texas on May 02, 2008, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



Leigh S. Montgomery
Court Admissions

| Title of Court | Date Admitted |
|---|---|
| State of Texas | 5//2/2008 |
| Fifth Circuit Court of Appeals | 12/2020 |
| Ninth Circuit Court of Appeals | 7/16/2021 |
| U.S. District Court (N.D. of Texas) | 8/2009 |
| U.S. District Court (E.D of Wisconsin) | 3/17/2022 |
| U.S. District Court (W.D. of Texas) | 8/2009 |
| U.S. District Court (S.D. of Texas) | 6/2009 |
| U.S. District Court (E.D. of Texas) | 8/10/2010 |
| U.S. District Court of Colorado | 12/3/2024 |
| U.S. District Court Nebraska | 11/22/24 |